UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **STEPHEN BRADLEY, III** <br> LA. DOC #105659 | **CIVIL ACTION NO. 5:12-cv-1596** <br> **SECTION P** |
| **VERSUS** | **JUDGE HICKS** |
| **WARDEN BURL CAIN** | **MAGISTRATE JUDGE HAYES** |

### ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's second and successive petition for writ of *habeas corpus* be **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. § 1631 for further proceedings in accordance with the provisions of 28 U.S.C. § 2244(b).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 3rd day of January, 2013.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE